UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ELLENSBURG CEMENT
PRODUCTS, INC.,

    Plaintiff,

v.

LANDEL CORP., a Washington
corporation,

    Defendant.

NO. CV-04-3126-RHW

**ORDER DISMISSING CASE, WITHOUT PREJUDICE**

A telephonic status hearing was held on December 19, 2005. Plaintiff was represented by Jeffrey Slothower. Defendant was represented by John Riper. At the hearing, the parties orally moved the Court to dismiss the above-captioned case, without prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties oral motion to dismiss the above-captioned case, without prejudice, is **GRANTED**.

2. The above-captioned case is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to counsel and close the file.

**DATED** this 21st day of December, 2005.

                s/Robert H. Whaley
                ROBERT H. WHALEY
            Chief United States District Judge

Q:\CIVIL\2004\Ellensburg Cement Products\dismiss.ord.wpd

**ORDER DISMISSING CASE, WITHOUT PREJUDICE~ 1**